# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 37 EAL 2013
:
          Petitioner :
: Petition for Allowance of Appeal from the
: **Unpublished Memorandum Opinion**
      v. : **and Order** of the Commonwealth Court at
: No. 2306 CD 2010 filed December 18,
: 2012, **reversing and remanding** the
DANIEL LABRAKE, : Order of the Philadelphia County Court of
: Common Pleas at Nos. 254/9909 and
          Respondent : CP-51-MD-0004207-2010 filed July 15,
: 2010

## ORDER

**PER CURIAM**

    **AND NOW**, this 3rd day of June, 2015, the Petition for Allowance of Appeal is **GRANTED**, and the order of the Commonwealth Court is **VACATED**. *See Commonwealth v. Allen*, 107 A.3d 709 (Pa. 2014). The matter is **REMANDED** for consideration of Respondent's remaining appellate issues.